# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Kiewit Building Group Inc. ) ASBCA No. 59522
)
Under Contract No. W911KB-12-C-0011 )

APPEARANCES FOR THE APPELLANT:   Michael A. Branca, Esq.
 Jesse S. Keene, Esq.
  Peckar & Abramson P.C.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
 Carl F. Olson, Esq.
 Kyle B. Davis, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 June 2015

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59522, Appeal of Kiewit Building Group Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals